IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID A. KULIK,

                Plaintiff,

v.

KILOLO KIJAKAZI,[1]
Acting Commissioner of Social Security,

                Defendant.

CIVIL ACTION
NO. 20-2344

### ORDER

**AND NOW**, this 24th day of February 2022, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski (Doc. No. 23), Plaintiff's Objections to the Report and Recommendation (Doc. No. 25), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Plaintiff's Objections to the Report and Recommendation (Doc. No. 25) are **OVERRULED**.

2. The Report and Recommendation (Doc. No. 23) is **APPROVED AND ADOPTED**.

3. Judgment is entered in favor of Defendant and against Plaintiff.

---

[1] In accordance with Federal Rule of Civil Procedure 25(d), Kilolo Kijakazi, the Acting Commissioner of Social Security, is substituted as Defendant for Andrew Saul, the former Commissioner.

4.       The Clerk of Court shall close this case for statistical purposes.

                         BY THE COURT:

                         <u>/s/ Joel H. Slomsky</u>
                         JOEL H. SLOMSKY, J.